UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| GARY S. VALENTINE, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Nos.   3:14-CR-2-RLJ-CCS-2 |
| | ) | 3:15-CV-376-RLJ |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |

## JUDGMENT

For the reasons expressed in the accompanying memorandum and order filed herewith, it is

**ORDERED** and **ADJUDGED** that the motion [Doc. 973] by prisoner Gary S. Valentine. for

post-conviction relief pursuant to 28 U.S.C.  § 2255 is **DENIED and DISMISSED WITH**

**PREJUDICE.**

If Petitioner files a notice of appeal from this judgment, such notice of appeal will be

treated as an application for a certificate of appealability which is **DENIED** pursuant to 28

U.S.C. § 2253(c)(2) and Fed. R. App. P. 22(b) because he has failed to make a substantial

showing of the denial of a federal constitutional right.  The Court **CERTIFIES** pursuant to 28

U.S.C. § 1915(a)(3) and Fed. R. App. P. 24 that any appeal from this judgment by Petitioner

would be frivolous and not taken in good faith.

**IT IS SO ORDERED.**

ENTER:

_____
UNITED STATES DISTRICT JUDGE

ENTERED AS A JUDGMENT

_____s/Debra C. Poplin_____
CLERK OF COURT